# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SHANNON WERTH,

    Petitioner,

v.                                CASE NO. 4:05cv46-RH/WCS

WARDEN VASQUEZ,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 7), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DENIED." The clerk shall enter judgment and close the file.

    SO ORDERED this 21st day of September, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge